#① → REFER THE SOLELY HERE (:) TO WHY THE
SUCH FILINGS HAVE NOT TAKEN PLACE; ON: FRI - JAN. 26. 2024
THAT AS THE: "□□IGPP U.S.A. INC.□□" (+ AND THROUGH) AL MOSHIR (:)

"GREETINGS (AND) RESPECTFULLY"    HAVE/HAS, NOT BEEN: ALLOWED, LET, ETC... OF
                                  SO AS INTO THE COURT CLERK('S) BUILDING OF
MON - JAN. 29. 2024,             500 PEARL STREET, NEW YORK,
4:16 PM                          - NEW YORK, 10007, U.S.A.,

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK   OF SO AS AT; 4:30 PM (OR SO!
                                    OR EARLIER!!;

"□□IGPP U.S.A. INC.□□"   (AND/OR/AS) AL MOSHIR OF THE:
-- "□□IGPP U.S.A. INC.□□"('S) [AND/OR/AS]-
- AL MOSHIR

Write the full name of each plaintiff.    → PAGE 1/2    _____ CV _____
                                          (Include case number if one has been
                                          assigned)

#② →
ALONG WITH OF WITHIN THEM against FOR THEIR ATTACHMENTS, SO: -
ATTACHED FIND THE: "□□IGPP U.S.A. INC.□□" (IN, 'S) -
- CORRESPONDED/S OF: DATED: #③ → **COMPLAINT**

Ⓘ → SAT/SHABBAT - JAN. 20. 2024,     MON - JAN. 22. 2024,    Do you want a jury trial?
        3:30 PM → 7 PAGES,    4:20 PM ('S) [OF 16    ☐ Yes  ☐ No
                                                   PAGES]
#Ⓘ →
#Ⓘ → FRI - JAN. 26. 2024, 9:30 AM →
- 4 PAGES.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and   AS, IT; WAS/HAS BEEN:
attach an additional sheet of paper with the full list of    CONSPIRED OF YET (FOR, AS)
names. The names listed above must be identical to those    - ORCHESTRATED, ETC... THAT:
contained in Section II.   "□□IGPP U.S.A. INC.□□" (IN, 'S)   LAURA TAYLOR SWAIN HAS BEEN
OF THE "□□IGPP U.S.A. INC.□□" (IN, 'S) HAS BEEN DRIVEN, ETC... TO
LEAVE (NOW YET WHETHER; ORCHESTRATED! [OR] TRUE (ITH)!?

RECEIVED
JAN 29 2024
CLERK'S OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

#③ → REFER TO THE: SOCIAL MEDIA, FOR THE STATEMENTS OF THE:
"□□IGPP U.S.A. INC.□□" ('S, IN) [+ (AND) THROUGH] AL MOSHIR ('S, IN)
THE: SAT/SHABBAT - JAN. 27. 2024 ('S) INCIDENTS OF INVOLVING; OF !
THE: AL MOSHIR OF THE: SUCH SAID('S), OF IN; CONCERNINGS, REGARDINGS
REFER [IN], REFERENC (ES/INGS), MATTERS OF THE; NO: HOME OFFICE
- HAVING YET BEEN; PROVIDED + AS WELL AS THE; PRIVATE TRANSPORTATION
WHILE NOTICE THAT THE SUCH SAID STATEMENTS HAVE BEEN MADE OF SO
AS AT THE: SOUTH OZONE PARK BRANCH OF THE QUEENS; BOROUGH + COUNTY
PUBLIC LIBRARY OF THE; NEW YORK CITY + STATE (AND) U.S.A.; ('S)
ALSO REFER TO THE SOCIAL MEDIA FOR THE "□□IGPP U.S.A. ('S)
+ AL MOSHIR ('S) OF! ('S): PRINTED STATEMENTS OF BETWEEN; 2:00 PM
4:30 PM) AT THE

→ WHILE PRINTED OF SO AS ON AND.
THROUGH; THE; PAGE: 6 OF THE:
WALL STREET JOURNAL ('S)
PUBLISHINGS OF THE:
SAT/SUN - JAN. 27-28. 2024 ('S), OF SO AS; NOR
AT IS: BIBI'S / BENJAMIN NATANYAHU'S + HIS -
- ASSOCIATES, ETC... FIRST TIME, OCCASION, ETC... !
IS IT??? AND WELL AS BESIDE'S JUST THM (HIM).
- OF; THE; BIBI'S / BENNY'S !

PAGE
2/2

#④ → TAKE NOTICE'S THAT (TODAY) AS WE! WERE! -
HAVE BEEN: AT THE   └→ MON - JAN. 29. 2024
U.S.A. FEDERAL COURT('S) CLERK('S) OFFICE
OF ROOM 120 OF THE SAID / ADDRESSED
SO: HAVE BEEN HANDED OVER   6 PAGES OF
CASE BAR ORDER UNDER ; 1: 23 - CV - 9902 (LTS)
[ 2 PAGES ]  + 4 PAGES OF: 23 - CV - 10594
BY MR. CORETTO.!                              (LTS)

WW
R,
R...
B.

MON - JAN. 29/2024, 5:09 PM
IC.PD US.A. INC.
MOSHIR, AL

"GREETINGS (AND) RESPECTFULLY"

MON-JAN. 22. 2024, 4:20 PM

(WW R Rm O.) MON-JAN. 28. 2024, 4:15 PM
IGPOW.S.A INC + 4:21 PM
MYSHIR, AY

DEAR:

PAGE 2 OF 18^(16) IS ON THE BACK OF THIS PAGE. —→

TO INCLUDING THE: U.S.A. ATTORNEY GENERAL OFFICE [+] GARIBIAN'S LAW FIRM
ADDRESSEES, CORRESPONDEES OF THE CORRESPONDEDS OF
OF THE ENTITIES OF THE:

OF THE SO AS CORRESPONDENTS AS THE "☐O IGPP U.S.A. INC. O☐" ('S)
- OF THE: BEGINNING WITH: 2023 (WHILE: THE SAID "☐O. IGPP U.S.A. INC. O☐" ('S) -
- GARIBIAN'S LAW FIRM'S (CORRESPONDED SO, ARE, OF DATED
CORRESPONDEDS (ARE)
AS: SUN-JAN. 07. 2024, AS WELL
AND THROUGH, ETC...: INTERNATIONAL COURTS OF (FILED) WITH
AT (AND) THROUGH; THE; U.S.A. FEDERAL COURT (+) -
- NEW YORK STATE ('S) SOUTHERN DISTRICT FEDERAL COURT-
- OF THE U.S.A. ('S) INCLUDING OF FOR OF SO
AS AT THE ADDRESSES OF THE (COURT CLERK) OF FOR OF SO
(ADDRESSES) THE SUCH (SUCH) SAID NEW YORK STATE ('S)
THE: 350 SOUTHERN DISTRICT ('S)
(350) PEARL STREET, NEW YORK, NEW YORK, 10007, U.S.A.
+/AND

40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A.

AS THE SUCH SAID GARIBIAN LAW FIRM IS OF; THE:
FOR THE INFORMATION OF THE CONTACT('S) OF THE SUCH -
- GARIBIAN('S) LAW FIRM, REFER TO THE: FRI-JAN. 12. 2024
"☐O IGPP U.S.A. INC. O☐" (IN, 'S) FILINGS OF THE SUCH
ADDRESSED INTERNATIONAL COURTS OF AT AND THROUGH
THE SAID: NEW YORK STATE ('S) [THROUGH: F AS FOR THE]
SOUTHERN DISTRICT ('S) U.S.A. FEDERAL COURT,

→ of WHILE THE CNTACT INFORMATION oF

FOR (AND) TO THE;

SUCH SAID: GARIBIAN LAW FIRM (OF SO AS.

ACCORDING TO, WHAT EARLIER/ WITHIN THE PAST TWO (2)
AS RIGHT NOW THE TIME IS, 4:49PM (4:49PM) → MON. JAN. 22. 2024,  ONE (1) HOURS,
HAS BEEN PRVIDED (PRVIDED) BY MR. TODD (LIBRARIAN) OF
AT THE SOUTH OZONE PARK BRANCH OF THE NEW YORK CITY('S)
- QUEENS BOROUGH('S) PUBLIC LIBRARY, AND SO AS
THE SUCH SAID ('S) PRVIDED BY MR.TODD CNTACT
INFORMATION IS ATTACHED (FIND) IN THE; PRINT(S)/-
PRINTED('S), OF DATED AS: 1/22/2024, 3:17PM WHICH/AS
THE; SUCH ATTACHMENT(S) IS/ARE OF ONE (1) WHITE SHEET OF PAPER
ON WHICH ARE LISTED (°AS/OF AS) → THE PHONE NUMBERS OF-
— THE [FIVE (5)] OF THE: ①→① → 866-833-9410 —
- ② → PENNSYLVANIA / 215-929-8974
③ → NEW YORK / 646-906-9369
④ → DELAWARE / 302-329-8130
⑤ → NEW JERSEY / 609-473-6932
        AS WELL AS / AND
THE ADDRESS OF → 261 OLD YORK ROAD, UNIT 427,
            JENKINTOWN, PA, 19046
FOR THE SUCH GARIBIAN'S CNTACT INFORMATION OF THE
SAID OF BY AND THROUGH THE: MR. TODD + SOUTH OZONE PARK('S,
- BRANCH('S) LIBRARY ('S) + NEW YORK CITY('S) + QUEENS COUNTY('S
— + ETC... TO BE AND HAVE BEEN OF INVESTIGATED OF TO
CORRECT) BEING(S)!
ETC...

7. ALSO TAKE NOTICE(S) FOR TO BE (AND) HAVE BEEN
- AS "F INVESTIGA(TION/S/ES) OF + 456 — (PAGE 3 OF 8 ↓ 16)
- AS "AND WHILE HERE IN " ARE ALSO — (HEREIN, ARE ALSO)

- CORRESPONDED OF; FOR, IN, TO, WITH, THROUGH, ETC...;
THE: UPDATE(EF→D/ING/DS/INGS), BROUGHTS AND KEPTS
IN THE LOOP, ETC... OF SO AS NOT HAVING BEEN
OF SO AS AND THROUGH AND FOR THE/ANY RESPONSE FOR SO AS TO
OF THE, FILINGS (AND/OR/AS) SUBMISSIONS, OF
THE "☐OIGPP U.S.A.INC.O☐"('S) AND/OR/AS AL MOSHIR
FOR/ANY BEYOND OF THE LAST RESPONSE OF HAVING BEEN ('S)
RESPONSE OF AS

PROVIDED OF AND THROUGH THE DISCUSSED, ADDRESSED,
ESTABLISHED, ETC... AND SO OF THE:
LAURA TAYLOR SWAIN('S) WHILE AND AS OF THE: ALL OF
THE AND AS THROUGH THE SUCH LAURA TAYLOR SWAIN('S)
OF THE U.S.A. FEDERAL COURT'S OF THE, LAURA
- TAYLOR SWAIN('S) "PROVIDED TO" THE: ENTITIES "F-
- THE: "☐OIGPP U.S.A.INC.O☐"('S) AND ENTITIES OF
THE: AL MOSHIR ('S) HAVE ALL BEEN, IN AND THROUGH
THEIR LISTS OF SO AS HAVE BEEN CORRESPONDEDS
OF SO AS FOR TO THE ADDRESSEES INCLUDINGS OF
THE: UNITED NATIONS, INTERNATIONAL COURTS +
- INTERNATIONAL CRIMINAL COURTS CHIEF PROSECUTOR + -
- + THE U.S.A. DEPT OF JUSTICES + U.S.A. ATTORNEY GENERAL + -
- + NEW YORK STAT(NYS) ATTORNEY GENERAL + NYS GOVERNOR +
ETC... AND AS/BEYOND ANY AND ALL OF THE SUCH SAID LISTED
RESPONSES TO THE ALSO(ALSO) SUCH SAID SUBMISS...

PAGE 16
4 OF 8
"1/16"

→ OF AND FOR; THE: "☐OIGPP U.S.A. INC.☐ª" -

- AND AL MOSHIR HAVE ALSO ON: FRI -

- JAN. 19. 2024 ⟨OR⟩ ANY PREVIOUS FRIDAY OF SO AS TO

THE ᶠᴿᴵ⁻ JAN. 19. 2024 ⟨SO HAVE ALSO BEEN FILED⟩ OF
OF SO AS ALONG WITH THEIR ATTACHED AND RELATED
CORRESPONDEDS

WITH AND THROUGH THE: SUCH ADDRESSED;
SAID ;

COURT CLERK + COURT CLERK OFFICE + MR.
RICHARD
WILSON
OF THE-

SUCH COURT CLERK OFFICE + U.S.A.

- + U.S.A. DEPARTMENT OF JUSTICES, ETC... !
(S) FEDERAL COURT + -

ALSO ⟨ INVESTIGATE ⟩ AS TO WHAT HAPPENED
INCLUDING
THROUGH SOCIAL MEDIA
OF SO AS FOR
ANY AND ALL
OF INVESTIGATION(S)
OF INVOLVING(S) OF
THE: "☐OIGPP U.S.A. INC.☐ª"(·S)
AND/OR/AS
AL MOSHIR(·S)

OF SO AS WHAT HAPPENED TO THE: NOTES /THAT THE
SUCH CONCERNING "☐OIGPP U.S.A. INC.☐ª" AND AL MOSHIR
PREPARED OF SO AS FOR BEING AND HAVING BEEN OF SO AS
WHILE OF THE NOTES THEREAFORE CORRESPONDED(S)-F
THROUGH THE SOCIAL MEDIA FOR BEING AND HAVING ª
BEEN OF COURTS FILED BY THE: "☐OIGPP U.S.A. INC.☐ª
AND/OR/AS AL MOSHIR OF WOULD BE: FRI - JAN. 26. 2024
REGARDING NO: RESPONSES TO SUBMISSIONS AS OF
CORRESPONDEAS HERETO

S

→ THROUGH THESE ONES OF DATED: MON. JAN. 22. 2024 4:20PM

WHILE THOSE NOTES WHICH HAVE NOT BEEN LOCATED BY (AND) THROUGH: "DOIGPP.U.S.A.INC.OD" AND AL MOSHIR REGARDLESS OF REPEATED SEARCHINGS

SO AS THOSE NOTES/CORRESPONDEDS WERE/HAVE BEEN/ARE; MORE: DETAILED, ELABORATED, CONTENT, ETC..., ETC... AS AND WHILE THESE FIVE (5) PAGES HAVE BEEN AS ARE BEING ⌐→ IN SUCH A RUSH, THEREFORES!

SO, WHAT HAPPENED TO THESE SAID CONCERNING: NOTES/CORRESPONDEDS!?

WE HAVE TO GO AS THE LIBRARY IS CLOSING !!!

MON-JAN. 22. 2024, 6:52 PM
(AS WE ARE CONTINUING; FOLLOWING HAVING LEFT THE LIBRARY,)
→ AS WAS THE LIBRARY CLOSING AT; 6:00 PM (MON-JAN. 22.2024), SO
ALTHOUGH (AND/OR/AS) WHILE OF THE SUCH SAID: NOTES/
- CORRESPONDEDS, OF CURRENTLY NOT LOCATED AND/AS/AND AS.
- MISSING (WERE NOT/ARE NOT) THAT LONG/TOO LONG/ANY LONG,
BUT: ON ONE(1) OR TWO (2) SMALL PIECE(S) OF WHITE-
SHEET(S) OF PAPER!

YET AS ON THE BACK OF THE SAID
[FOR ARE TWO (2) PAGES] OF THE ONE (1)
WHITE SHEET OF RECEIVED) FROM, THE;

(PAGE
6 OF 16

PAGE
6 OF 16)

MR. TODD (LIBRARIAN of)≠ [AND/+] LIBRARY BRANCH (-

-BRANCH) OF OZONE PARK('S) SO AS ON THE

BACK [AS ON THE PAGE 2 OF 2 (OF WHILE SO AS ON THE BACK.

-OF THE PAGE 1 OF 2] OF THE SUCH SHEET OF DATED AS:-

- 1/22/2024, 3:17PM → SAYS/IS PRINTED:-

- 18 EAST 41ST STREET, 6TH FLOOR, NEW YORK (NY), NY,

of.
WHILE AND OF AS NO: FEET) BACK (S), ETC..., RESPONSE(S),
ETC...

(: 10017
(10017)

- FOLLOW (ING/ED) UP(S) [OF, IN, THROUGH, CONCERNING, WITH,-
ETC...

- WITHIN, FOR, AS: UPDATE (E/ED/S/EDS/ING/INGS)]

-UPDAT (E/ED/ES/EDS/ING/INGS) [OF, IN, THROUGH, CONCERNING,
, ETC... AND...

WITH, WITHIN, FOR, AS: FOLLOW (ING/ED) UP(S), ETC...
OF CONCERNINGS, ETC...
of HAVING BEEN (OF, FOR, AS, WITH, ETC...) COURTS/THROUGH THE
ING BEEN (OF, WITH, ETC...) COURTS

OF SO AS (NO/NONE): RESPONSE(S) /FOR RESPONSE(S),
HAVE BEEN (THROUGH) ANY OF THE: CORRESPONDEES (AND/OR),
HAVING BEEN ETC...

-AS) SOURCES/ENTITIES, ETC... So HAS/HAVE (SO; HAS/HAVE)-
-EVER BEEN: MADE INTO THE: ACK→KNOWLEDGE(S),
-ACKNOWLE(D)GEMENT(S) [AND/OR/AS/FOR/THROUGH] THE-
-RECEIPTS, POSSESSIONS, ETC... /FOR/THROUGH] THE-
-AND/AS/AND AS) FILING ENTITIES OF THE SUBMITTING PROCESS
OF THE: "EOIGPP U.S.A. INC. ETC."
[AND/OR/AS] PERMISSION
LIKE DID PRE-?

📞 CALL: 866-833-9410 (tel:8668339410)

# Contact Us

## Contact Us Today!

📞 Pennsylvania | 215-929-8974 (tel:2159298974)

📞 New York | 646-906-9369 (tel:6469069369)

📞 Delaware | 302-329-8130 (tel:3023298130)

📞 New Jersey | 609-473-6932 (tel:609-473-6932)

**261 Old York Road**
**Unit 427**
**Jenkintown, PA 19046**

https://www.garibianlaw.com/contact-us/

📞 CALL: 866-833-9410 (tel:8668339410)

**18 East 41st Street**
**6th Floor**
**New York, NY 10017**

→ OF, SO AS AND THEREFORE AS HAVING (CAUSED)

AND) RESULTED) IN ANY AND) ALL OF
THE HERE [IN, BY, WITH (AND) THROUGH] OF, THE/THESE:
CONCERNING CORRESPONDEDS OF DATED: MON-JAN.22.'24
NOT: STATED (AND/OR/AS) ADDRESSED, — 4:20PM/1

— ETC... /SAID ✗ → !

FOR: WELL WISHINGS +
— TIMED DATED SIGNATURE(S)
ALONG WITH ADDITIONAL
TO OF AS ON THIS PAGE(S)
OF FOR SEALING/S/EDS/INGS)
FIND); MORE: STATEMENTS

+ PAGE: 8 OF 8,
SO OF AS ON
THE BACK OF THIS
PAGE!

ATTACHED)
TO THE/THESE "☐ IGPP U.S.A. INC.O☐" (IN, 'S)
CORRESPONDEDS OF DATED: MON-JAN.22.2024,
4:20PM((S)
ALSO AS ARE, SO FIND) AND —
TO HAVE BEEN FOUND THE TWO(2) OF EACH OF
THE "☐ IGPP U.S.A. INC.O☐" (IN, 'S) CORRESPONDEDS
OF THE DATED): SAT/SHABBAT— JAN.20.2024, 3:30PM
AND
SUN- JAN.21.2024, 5:45PM
!

WELL WISHINGS
RESPECTS,
REGARDS...
BESTS.

MON-
JAN.22.2023, 8:07M (→8::08PM)
IGPP U.S.A. INC. PM + (8::08PM))
MUSHIR A...

TUE. JAN. JAN. 23. 23. 24. 6. 15. PM

AND, WHILE/+, AS X FOR, OF

OF> AT OUR OWN DISCRETION('S)

PAGE 8 OF 16

WED - JAN. 24. 2024, 2:47PM

WE ARE JUST GETTING TO: START WORK AGAIN, WHILE WE
ARE BACK AT THE: NEW AMSTERDAM BRANCH OF NEW YORK-
-PUBLIC LIBRARY! (NOTICE-> WHILE AND AS, WE HAVE ON THE
WAY TO HERE ↑ AND SINCE; VIA PUBLIC TRANSPORTATION FROM; QUEENS: County-
-AND BOROUGH, TO THE ABOVE SAID PUBLIC LIBRARY SO AS WE
HAVE SINCE: YESTERDAY (TUE-JAN.23.2024) HAD TO (COURT FILE) THESE
AT THE 500 PEARL STREET, ROOM 120 (COURT CLER'KS) OFFICE), NEW YORK, NEW YORK, 1000, U.S.A. OF:
"□□ IGPP U.S.A. INC.□ (IN,'S) CORRESPONDEDS OF DATED:-
-MON-JAN.22.2024, 4:20PM, SO AS ON THE WAY TO (THE/THIS/SUCH)-
-LIBRARY (#9 MURRAY STREET, NEW YORK, NEW YORK, 10007, U.S.A.) WE
HAVE ENCOUNTERED INCIDENTS (AT THE CORNER OF: LEFFERTS BLVD (+/AND)
-METROPOLITAN AVENUE (IN, QUEENS: BOROUGH AND ALSO (COUNTY),
TOWNSHIP OF AS RELATED, TOWN OF AS RELATED, CITY (5 BOROUGHS) OF NEW YORK,
- STATE OF NEW YORK, U.S.A. (REFER TO THE: SOCIAL MEDIA (AS, WHILE-
-FOLLOWING THAT; WE ARE LOOKING FORWARD TO FILING (COURTS') REGARDINGS, CONCERNINGS
OF THE SUCH INCIDENTS' RELATED: CLAIMS, COMPLAINTS, ETC... AS, THAT,-
-WHICH ALSO INVOLVE(S) A/THE $20.00 (TWENTY DOLLARS) BILL (OF, FOR,-
TO) THE SUCH SAID COURTS FILINGS OF THE SUCH INCIDENTS OF THE
(THE/ANY)
SAID('S) OF TODAY('S) OF INVOLV(ED(S)/ING(S)) OF THE:" □□ IGPP U.S.A.
ASSOCIATE OF AL MOSHIR HAVING TO AS HAVING HAD TO DEPEND
ON THE PUBLIC TRANSPORTATION (MTA BUS/BUS) ! AS WE ARE
SO FOR: THE CLAIMS OF IN MONETARY PART, FOR, TO: ONE(1) BILLION DOLLARS) - NON NEGOTIABLE)
OF NOW OF AS AT THIS POINT THEREFORE CONTINUING WITH WHERE WE:
HAD TO LEAVE YESTERDAY (TUE-JAN.23.2024) AS THE LIBRARY WAS
CLOSING AT 7:00PM, OF SO AS WHILE THESE CORRESPONDEDS OF
DATED OF THE SAID AS: MON-JAN.22.2024, 4:20PM (MON-JAN.22.2024,
OF SO AS AT THIS POINT HAVE; TO BE AND TO HAVE BEEN 4:20PM),
OF EX (OF EXTENDED) TO AND TURNED TO: BEYOND THEIR INITIALLY
HAVING BEEN AND SAID OF: THE (JUST) EIGHT(8) PAGES!
SO (AND) THEREFORE, GO TO THE NEXT PAGE, AS WE CONTINUE WITH
-FURTHER OF THESE SUCH CORRESPONDEDS OF THE SAID...
THEREORE OF BEGINNING WITH

→ AND, WHILE/+, AS, FOR, OF A  OUR OWN DISCRETION(S) OF THE:

"□O IGPP U.S.A. INC.O□"(IN, 'S) OF SO AS UPON HAVING BEEN-
- APROACHED AND/TO/ AND TO: NEGOTIATE/HAVE NEGOTIATED, TO
- DO SO(OTHER THAN ANY OF HAVING BEEN: SAID/STATED, TO
- OR AS DISCUSSED, ETC...; OF; FOR; AS, IN, THROUGH, AND)
NON NEGOTIABLE) SO SHALL BE REMOVED AND/OR/AS-
- ADJUSTED, EXCHANGED/LIEUED/TRADED, ETC... OF ANY PART-
- OF SO AS INCLUDING THE/ANY; Q.> AS FOR CHARGE(S) OR-
- PART(S) OF THE/ANY CHARGE(S), ☺.> RELIEF(F/VES), ETC... OF SO
AS WHILE HAVING SUCH BEEN OF SO; AS: ADDRESSED, DISCUSSED,
MENTIONED, STATED/SAID/CORRESPONDED (OF; EITHER; THROUGH:
VERBAL(S) OR PRINT [S/ED/EDS],
(ii)→FILL UP WATER → IN AND ON, THE: DIFFERENT-
NOTE(S) AND CONTEXT(S): AND; SO: AS OF (AND) AS ON THE
STATUS, ETC... OF THE, FOR THE, TO THE AND WITH THE SUCH
CONCERNING SUBMISSIONS AND, AS/AND AS FILINGS [OF(AND)
FOR] THE EACH ENTITIES OF THE BOTH OF THE SUCH EACH ENTITIES.
WHILE AND AS, OF AND FOR; AS RECENT AS THE LAST FRIDAY(-
- JAN. 19. 2024) [AND/OR] OF, THROUGH (AND) ON THE: LAST-
- FRIDAY (JAN. 19. 2024) [AND/OR] SECOND (2ND) LAST FRIDAY(-
- JAN. 12. 2024) OF THE: KNOWN AND CONCERNING +-
- CONCERNING AND AS KNOWN, CONCERNING AND WHILE KNOWN
OF THE: "□O IGPP U.S.A. INC.O□"(IN, 'S) EVERY FRIDAY OF
WEEK('S) VISIT [S/TING/TED(S)] OF THE: U.S.A. FEDERAL COURT(S)
COUNTY CLERK('S) AND (AND) OFFICE [OF, AT, THROUGH, IN, WITHIN, ETC.]
THE SOUTHERN STATE, DISTRICT(S) OF NEW YORK STATE('S) WHILE SO THE:
500 PEARL STREET, ROOM 120, NEW YORK, NEW YORK, 10007, U.S.A.
OF SO AND AS THE INCLUDING THE:
MR. RICHARD WILSON

→ MR. RICHARD WILSON OF SO AND AS
THE: ENTITIES OF THE: "☐☐IGPP U.S.A. INC.☐☐"
(AND + THROUGH)

THE ENTITIES OF THE: AL MOSHIR OF THE: "☐☐IGPP U.S.A. INC.☐☐"
HAVE: ENQUIRED, ASKED, ETC... OF IF THERE (IS/WAS/ARE/ (IS)
-WERE) ANY: CORRESPONDEDS (OF, ANY: MAIL(S), RESPONSE(S) -
-TO THE COURTS', ETC... AS, SUBMISSIONS, ETC... SO AT (THE/THAT) -
-OFFICE OF THE COURT CLERK('S) FOR, THE: ENTITIES OF
THE "☐☐IGPP U.S.A. INC.☐☐" AND SO AS FOR THE SUCH ANY
CORRESPONDENCES OF FOR THE "☐☐IGPP U.S.A. INC.☐☐"
TO BE AND TO HAVE BEEN PICKED UP !? AND, WHILE, BUT:
THE / THE SUCH SAID: MR. RICHARD WILSON HAS CONFIRMED;
OF (AND AS): NO !

ALSO: AS
     NO [THEREFORE (AND) WHILE] NO PRINT(ER/ING) PAPERS
HAVING BEEN AVAILABLE OF SO AS ON AND BEGINNING
OF TH THE CORRESPONDEDS OF THE: FRIDAY - JAN. 19, 2024
TAKE NOTICES OF: $10,000,000 (TEN THOUSAND DOLLARS
(ONLY) WHILE, THOUGH (OF NON NEGOTIABLE) FOR, TO, WITH,
WITHIN, THROUGH; THE; ANY, EVERY; SUCH INCIDENTS OF
FOR AS SUCH FRIDAY AND SO AS TO BE AND TO HAVE BEEN
OF THE SUCH PAPERS LEFT FOR, THE/A, FOLLOWING WEEK'S
FRIDAY (UPON A HOLIDAY FRIDAY OR NOT PICKED UP OF, BY THE/
ON THE AUTHORIZED) BEHALF OF THE: "☐☐IGPP U.S.A. INC.☐☐"(IS)
THE/AN/ANY EXTENUATED CIRCUMSTANCE(S), SITUATION(S)
ETC... OF THE SO AS DUE TO !

ATTACHED TO THE /THESE AS HAVE BEEN AS.
-ARE, OF THE (SO FIND):

PAGE
11 OF 16
OF 16

CRRESPONDEDS OF; AS DATED IN, ETC... :

MON-JAN.22.2024, 4:20PM

FIND (AGAIN) AND SO AS TO HAVE BEEN FOUND,

-SO FIND; THEM OF THE: "☐ O I GPP U.S.A. INC.O☐"(IN, 'S)
CRRESPONDEDS OF THE; DATED: THE-JAN.23.2024, 2:14PM(('S)
OF THE /OF THEIR: SEVEN (7) PAGES!

THE /THESE CRRESPONDEDS OF THE

ENTITIES OF THE

OF DATED: "☐ O IGPP U.S.A. INC. O☐"(IN, 'S)

ARE OF; MON-JAN.22.2024, 4:20PM

YET; ELEVEN (11) PAGES!

CNGRADULATIONS TO EVERY BODY (INCLUDING THE YET
OF: ERIC ADAMS (AND
THE HEADS OF HIS
ADMINISTRATIONS'
DEPARTMENTS
OF THE:
NEW YORK
CITY (('S)
!

W.W.
R.
R...
B.

WED -JAN.24.2024,
4:40PM,
IGPP U.S.A. INC.
MOSHIR, AV

WED - JAN.24.2024, 5:29PM
AS FINALLY GET MADE IT (AT; 4:55PM) AT THE COURT CLERK(('S) OFFICE,
AS, WHILE /UPON THE ABOVE SEALS (WELL WISHINGS + TIMED DATED SIGNATURED)
OF; IF-MODAL
WE LEFT TO, FOR THE; SAID: COURT CLERK (('S) OFFICE AND SO AS WE MADE
IT THERE, WE ENTERED INTO THE BUILDING BUT
CHECK POINT AND

NOT LET IN, AS THE USMS (UNITED STATES MARSHAL - SERVICES)-

- OFFICERS SAID; IT IS FIVE (5) OCLOCK AND THE

COURT CLERK, ROOM /OFFICE, IS CLOSED!
(S):

WHILE OF A = UPIN OUR ENTRY OF INTO THE BUILDING THE FIRST

OFFICER (MALE) [AND, WHILE] NOT BLACK, SAID: THE CLERK'S OFFICE

IS CLOSED! UPON HIM HAVING ASKED "WHERE WE'RE GOING" AND

WE ANSWERING: TO THE COURT (COURT) CLERK OFFICE, ROOM 120

(OF WHILE KNOWN TO THEM AS; WE WERE/HAVE BEEN; IN AND

THROUGH = SOCIAL MEDIA AND INFORMATION SHARINGS, etc...
(ETCM) OF -

-SO AS KNOW TO THEM {YET OF (AND) SO AS SHOULD HAVE BEEN

OF KNOWN TO THEM] AND SO AS WE MENTIONED TO THE SAID FIRST
AS EVERYTHING ELSE OF FOR CAUSED [
AS THE FACES AND SUCH.

MALE OFFICER (NOT OF BLACK) SO TO CORRESPOND WITH THE CURTCLERK

OFFICE AND LET, THEM AT THE/THE, COURT CLERK OFFICE KNOW

THAT WE: ARE HERE (WERE THERE) AS THEY KNOW AND THE INCHARGE (-
AS WE WERE REFERRING TO THE SUPERIOR IN POSITION FOR, AT THAT OFFICE)

PERSON FOR THAT OFFICE JUST LIKE AND AS: BEFORE, WOULD-

-WAIT FOR AT LEAST; FIFTEEN (15) MINUTES PAST THE CLOSING TIME,

YET, BUT: HE (THE SUCH: USMS OFFICER) REFUSED TO DO SO

AND AS SAID: WE DON'T DO THAT IN HERE! AND SO HE SENT

US TO THE USMS OFFICERS (BY) THE "SECURITY CHECK POINT OF
(AT)

WITH THE SCAN(NER/NING) MACHINE! THERE WERE AT LEAST, TWO(2).

- BLACK USMS OFFICERS [OF: ONE(1) MALE + ONE(1) FEMALE] WHO

DID NOT SCAN US, STOPPED US AND SAID THE SAME THING!

SO WE ALSO TO THEM SAID THE SAME THING THAT AS THE

HEAD OF THAT OFFICE, WOULD WAIT/WAITS, 15 MINUTES PAST

THE CLOSING TIME, YET THEY DID NOT LET US IN! AND TURNED

-US AROUND! SO AS WE HEADED BACK TO THE LIBRARY AGAIN!

TAKE NOTICES; THAT, AS: WE HAVE/IT HAS BEEN; THROUGH-

-THE: SOCIAL MEDIA: ADDRESSED OF FOR THE: EMPLOYEE(T)

TO GET TO WORK (15 MINUTES BEFORE THEY HAVE T-
AT LEAST

CLOK IN AND START THE/THEER SHIFTS
THEY CAN: RELAX, TAKE THEER TIME
DO WHAT THEY HAVE TO DO SO
THEY WOULD NOT BE UN
STRESS, RUSH, ETC...
TO START

TO START THEIR SHIFT WITH, WHICH (COULD) AFFECT THEM IN A NEGATIVE WAY AND HAVE THEM (UNSETTLED), UNCOMFORTABLE, ETC... MENTALLY AND EMOTIONALLY + OUT OF PLACE THROUGHOUT THE/THEIR, SHIFT(S) OR FOR SOME TIME UNTIL THEY COULD GET TO (A/THE/THEIR) BREAK TIME/ANY- -BREAK TIME (WHICH, AS, WOULD) ALSO HAVE IT'S RIPPLE EFFECTS AND SO WHILE AS AT THE SAME TIME WE ALSO HAVE ADDRESSED FOR THE: MANAGER/SUPERVISOR (BASICALLY; THE HEAD) OF THE/- ANY; OFFICE/STORE/BUSINESS/OPERATION, TO STAY AROUND FOR AT LEAST 15 MINUTES AFTER THE HIS/HER $ > INFERIORS- - IN PROFESSION HAVE LEFT OF SO AS UPON THEIR END OF THE SHIFTS! SO AS THE EMPLOYEES WOULD SHOW UP 15 MINUTES PRIOR TO THEIR BEGINNING OF THE SHIFT IN SUPPORTS OF: THEMSELVES + THEIR JOBS + THEIR JOB KEEPINGS+- - INTERACTIONS WITH THE PUBLIC + OPERATIONS OF THE- - PRACTICES OF THROUGH THEIR ASSOCIATIONS, ETC... AS THEY ARE/- -WOULD BE, INCHARGE OF THE OPERATIONS, ETC... AND SO AS; TRUSTED AND DEPENDED/RELIED OF AS ON OF SO AS BY THEIR SUPERIOR(S) IN PROFESSION (AS WELL AS/AND) THEIR: CUSTOMERS, CLIENTS, ETC... AND THE SUPERIOR IN PROFESSION (WOULD) LEAVE 15 MINUTES (AT -LEAST) AFTER EVERY ONE HAS LEFT, TO MAKE SURE EVERYTHING IS IN ORDER FOR THE INFERIORS OF HAVING LEFT AND IN FAVORS, BEST INTEREST HER -BE/COULD BE, COMING BACK TO THEIR JOBS AND AS WOULD HIS/HER INFERIORS IN PROFESSION AND SO AS FOR THROUGH OUT THEIR SHIFT(S) AND THEIR JOB KEEPING(S) (AND/+) THOSE OF THE: BUSINESS, OFFICE, ETC... AND AS OPERATIONS OF THROUGH THE OPERATIONS OF!

THE LIBRARY IS CLOSING WE HAVE TO LEAVE
WE WILL CONTINUE THESE CORRESPONDEDS OF
SO AS WITH OF FOR AND AS ON: TOMORROW (THU-
- JAN. 25. 2024) WHILE IT IS THE 3RD DAY THAT WE ARE
EATING OUT OF PLASTIC BAGS AS NOT TO INTERFIOR/HAVE
- INTERFIORED WITH THE: WELL BEINGS OF THE ONES OF
INCHARGE OF THE OPERATIONS OF THE AFSC (ALL FAITHS -
- SPIRICIAL CENTERS) THAT WE HAVE BEEN DEPENDING on/(ON)
FOR: NUTRITION(S) OF THE DAILY('S)! (AND/+) THE -
- OPERATIONS OF THE SUCH SOURCES/RESORTS/AFSCs, ETC... !
AND SO AS THE 2ND DAY THAT WE HAVE BEEN REPEATEDLIES
OF THROUGH THE PUBLIC TRANSPIRTATIONS FROM; QUEENS:
BOROUGH (AND) COUNTY, OF SO AS TO MANHATTAN (LONG (2 ROUGHLY
CHING + 2 HOURS (GOING BACK) ] + TIMES, ENERGIES, TALENTS OF     HOURS -
WASTED, JUST TO HAVE THESE CORRESPONDEDS OF DATED: -
- MON - JAN. 22. 2024, 4:20PM   SO TO, HAVE / HAVE HAD, THEM: -
FILED! WE'VE GOTTA GO/LEAVE THE LIBRARY!
THU - JAN. 25. 2024, 4:55PM
WE ARE GETTING BACK TO WORK AT THE: SOUTHOZONE PARK LIBRARY AS WE MADE IT TO ABOUT
PROBABLY MAYBE TWO (2) HOURS (OR) LESS AGO (OR) MORE AGO,
INSANE DRIVEN, AS
WE ARE (INSTANTLY BEING AS WE HAVE ALL ALONG BEEN
FED WITH FALSE INFORMATION, INSTIGATIONS, ETC... OF FOR INCLUDING (WHILE BY:
BRAIN +HAMMER(ED)S(RINGS) OF SO AS FOR INCLUDING: NONSTOP OF FOR INCLUDING
AND THROUGH THE SOCIAL MEDIA)S(RINGS) OF SO INCLUDING; CRIMINAL HARASSMENTS OF IN THIS MORNING
CONSPIRACIES OF SO AS RESULTED OF AS RECENTLY AS THIS MORNING
(THU - JAN. 25. 2024) OF BETWEEN; 8:20AM AND 8:35AM) OF IN THE
AL MOSHIR OF THE "DOIGPP U.S.A. INC. oG°('S) HAVING PULLED HIS
PANTS DOWN AND PASSED BOWEL AND URINATED IN THE PUBLIC
AND SO AS ON THE STREET (SIDE WALK) ATTACHED FIND THE
- CORRESPONDEDS OF DATED: THU - JAN. 25. 2024, 8:4...
PAPER: OF SO AS (FOR, IN) THE: FACTS, LOCATION(S) ETC...
AS FOR THE SUCH INCIDENTS), FOR IN SUCH INCIDE...
RELIEF IN SUCH, FOR SUCH; INCIDEN...
... ONE HUNDRED

WHILE AND AS WE HAVE BEEN <span>[ THE DAY WE ARE EATING OUT OF PLASTIC BAGS ]</span>  PAGE
ADVISED, TOLD, CORRESPONDED (VERBALLY)                    15 OF 16

OF BY THE SOCIAL MEDIA THAT, FOR, AS THE
SOCIAL MEDIA HAS BEEN ADVISED, MADE AWARE, TOLD, ETC...
TO FOLLOW AL MOSHIR'S RULE, LAW! YET MONTHS AND
MONTHS OF ALL THAT OF HIM OF AL MOSHIR HAVING BEEN
PUT THROUGH (AND) THROUGH, COURTS FILINGS, ETC...
SO STILL AS OF IT ALL HAVING YET AS RECENT AS YESTERDAY
OF THE PERSONAL BELONGINGS HAVING BEEN PICKED UP
AND TRASHED AND THIS MORNING OF: THU-JAN.25.2024 FROM
THE MOMENT OF HAVING OPENED THE EYES UNTIL ENDED UP OF
WITH WHAT AS DISCUSSED, ADDRESSED, OF AS; TOOK PLACE/HAVE TAKEN PLACE,
SO OF AS BETWEEN; 8:20AM AND 8:35AM (THU-JAN.25.2024)!
→ FOR AND REGARDING THE MATTERS OF NO: TLC { TAXI (AND)
    LIMOSINE COMMISSION [ETC] ENFORCEMENT NOT; TAKING PLACE!-
HAVING BEEN TAKING PLACE AND THE INNOCENT, NOT KNOWLEDGABLE
IN THIS AREA-
PEOPLE('S) LIFE/S, LIVES/HEALTHS, WELL BEINGS, ETC... OF AROUND THE CLOCK HAVING BEEN AND
BEING IN JEOPRADIES HAVE BEEN ADDRESSED OF THROUGH
THE SOCIAL MEDIA! SO HAVE BEEN (THE/THOSE OF) CLEANING
AFTER ONE'S, PET /PET'S, URIN AND NUMER 2!
AND SO AS ALSO AS BY AND THROUGH THE SOCIAL MEDIA OF SO
AS OF THE RECENTLY; NOW:
WE HAVE BEEN SAID TO; THAT THEY ARE: MAKING/TRYING-
AS THEY HAVE STARTED BEATING THE DRUMS?
- TO MAKE A POLITICIAN OUT OF THE AL MOSHIR OF THE
"DOICPP U.S.A. INC. 6□"('S) WHETHER TRUE (OR) NOT WHILE WE
HAVE ALL ALONG BEEN: ABUSED* THE RIGHTS OF, OPPRESSED, DISTRESSED AND AS THE LIST GOES ON!
ATTACHED FIND THE FOUR (4) PAGES OF AS ON TWO(2) SMALL-
    WHITE PIECES OF PAPER FOR, AS, THE: "DOICPP U.S.A. INC. □" (IN'S)
CORRESPONDEDS OF DATED: [WED-JAN.24.2024, 10:00 AM] OF AS
WHILE AND THOUGH YET AS WE ARE ON THE STREETS + PUBLIC TRANSP.
+ IN THE PUBLIC LIBRARIES + EATING/-
 OF: SLEEPING AND WORKING,
    HAVING TO EAT AS NEED TO REFER TO THE: NON PROFIT ORGANIZATIONS + ASSC..
OF COURSE AS IT IS OF ITS OWN SPIRITUAL BLESSINGS (IN AND OF THAT)
HAVE NOT RECEIVED, ETC...
OF THE; RELIEFS

—> [ WHERE HAS BEEN SAID: DEPENDING (IT HAS BEEN MEANT TO BE FEED AND ON) AS (AN)
— [ WHERE HAS BEEN SAID: DEPENDING (IT HAS BEEN MEANT TO BE : DEPENDING AND RELYING)

AS THE SAID ATTACHING CORRESPONDEDS

OF DATED: WED ~ JAN. 24. 2024, 10:00 AM ('S)
OF WHILE WITH AS ALONG OF A/THE $20.ºº BILL (OF, IN, AS) ITS OWN ATTACHMENT
IS YET CONCERNING THE INCIDENTS OF TRESPASSINGS,

ETC..., ETC... OF AS RECENT AS YESTERDAY('S) OF BY, AT
THE CORNER OF: METROPOLITAN AVENUE + LEFFERTS BLVD
OF SO AS AT THE BUS STOP! AS NOT HAVING BEEN
— KEPT IN [WHILE AND THOUGH OF THE KNOWN TO THEM OF AL MOSHIR'S [RULE, LAW RULES]
EVEN THOUGH... ] LOOP OF SO AS IN RESPONSES TO OUR/THE + LAWS]
SUBMISSIONS OF THE DISCUSSED, ADDRESSING, ETC...
HAVE ONLY BEEN: TORTURINGS, ABUSIVES, MALPRACTICES,
CONSPIRACIES, TREASONS, OBSTRUCTIONS OF JUSTICES,
AS WELL AS ANY (AND) ALL OF THE HERE/BY, IN, THROUGH (-
— AND) WITH ] CORRESPONDEDS (OF, IN, AS, THROUGH, WITH, ETC...) :
FILINGS
— "□□ IGPP U.S.A. INC. □□"('S) AND/OR/AS AL MOSHIR'S:
NOT STATED OF INCLUDING: —>: INTERNATIONAL CRIMES OF SO AS UNDER!
NOR WE HAVE STILL AL MOSHIR'S: NAME SHORTENED,
NEW YORK STATE DRIVER LICENSE REINSTATED AND DE-/
THE DEED TO THE: 183 CHARTER OAKS AVENUE, BRENTWOOD, /IVERED)
— NEW YORK, 11717, U.S.A. BROUGHT BACK TO ORDER AND)
— DELIVERED), ETC..., THE > NEW YORK CITY('S) CHILD SUPPORT
RELATED MATTERS HAVING BEEN SATISFIED + DELIVERED)!
AND SO AS THE LIST GOES ON...
OF YET ALSO; WHILE AND AS WE HAVE ALSO BEEN
WELL WISHINGS LEAD (PATIENCE OF LEAD)(LED), [WHAT IS GOING ON
DRIVEN, ETC... OF BY THE (UNITED STATES OF IN, THE/
RESPECTS, STATEMENTS OF THE SOCIAL MEDIA; THAT: AMERICA
REGARDS... SHOULD/IF; ANY BODY TOUCH'S THE NOW!?
BEST'S... BELONGING OF: "□□IGPP U.S.A. INC. □□"('S)
AND/OR AL MOSHIR(S); IS: DEAD! THERE YET AND YET AND...
WE WENT YESTERDAY, AGAIN [OR] NOT?
AS WE ADDRESSED SO CFAS IN (THE
SENSE OF WITH ANY, MALICIOUS INTENT (AND/
- IN/AS) TRESPASSING (AND/OR/AS)
- INTERFERING WITH (ANY AND/ALL)
DAMAGE, CAUSING/HAVING TOUCHING (AND/OR)...
OF ANY NATURE! CAUSING, THROUGH ANY SUCH
...AND FOR
OF ANY, LOSS OF: AND/OR...

OF, AT, IN, WITH, —"□□IGPP U.S.A.INC.□□"('s)—

OF; AT (AND) THROUGH; THE: NEW YORK (AND) (P)
('s)

NEW YORK CITY('S) PUBLIC LIBRARY / PAGE 5/7

HAVE; TAKEN PLACE/BEEN, ETC... OF , WITH, —
—THROUGH, VIA, ETC... THE TWO (2) FEMALE

LIBRARIANS OF: "ARIA" + ARIA'S FELLOW LIBRARIAN

(NOT: BLACK, BUT; OF EITHER: EUROPEAN/RUSSIAN/GREEK:—)
DESCENT

OF SO AS BETWEEN; 2:00 PM AND 2:15 PM/TODAY (TUE-
JAN. 23.2.24)

OF THE: "□□IGPPU.S.A.INC.□□"('S) + SUCH TWO(2) LADIES/FEMALE
LIBRARIANS OF: AT,
—THROUGH THE: SUCH AS ADDRESSED NEW YORK CITY/—
— NYPL.ORG, ETC...:)

SO AS SHOULD THERE BE ANY INTERESTS OF THE

AND THROUGH THE SUCH ADDRESSED, ETC... /SAID
ENTITIS FOR: KEEPING /HAVING KEPT /MAINTAINING/—
HAVING MAINTAINED THE STORINGS OF ANY/THE
PUBLISHINGS OF THE NEWS PAPERS OF THE DISCUSSED)
OF SO AS FOR UPTO (FOUR (4)) PREVIOUS DATES OF
SO AS INCLUDING THE EVERY SUCH PICK UP FRIDAY('S)
THEREFORE THE SUCH NOT PROVIDED FOUR (4) PRIOR TO, ANY/THE
FRIDAY('S) PUBLISHINGS SHOULD BE AND HAVE BEEN:
SAFE GUARDED, ETC... OF SO AS FOR AND UPTO, THE/THEIR/—
.ANY: NEXT FRIDAY OF THE RELATED('S) OR FOR EACH MISSING
PUBLISHING OF NOT HAVING BEEN MADE INTO THE
POSSESSIONS OF THE: "□□IGPP U.S.A.INC.□□"('S)—
OF HAVING; SPENT, INVESTED, DEDICATED (DEDICATED),
—SACRIFIED, ETC...; TIMES, TALENTS, ENERGIES—
-AS WELL AS OUTSOURCE(ED/ING)
EXPENDITURES, FUNDINGS,
ETC...; —>

→ AS WELL AS ANY AND ALL OF THE

HERE [IN, BY, WITH (AND) THROUGH] NOT STATED)

PAGE 6/7

OF BESIDES OF THE STATED) OF INCLUDING —

- THE: TIMES, EXPENDITURES, ETC... SO AS SHALL —

- HAVE BEEN CONSIDERED OF AS OPTED) FOR

MONETARY/ DAMAGES PAYMENTS OF TO THE

G→ ENTITIES OF THE "☐☐ IGPP U.S.A. INC. O☐" OF SO

AS, FOR, WITH, THROUGH, WITHIN, ETC... OF THE AMOUNTS

OF; THE:                                  SINCE: NON NEGOTIABLE, >$1,000.00(—
                                                THEREFORE
- ONLY ONE THOUSAND) UNITED STATES OF AMERICANS' DOLLARS)
- OF;

WHILE AND AS; SAID (OF, FOR) PER: EVERY/ MISSING —

- PUBLISH (ED/ING) OF NOT. HAVING BEEN PROVIDED
AND/OR → AND. AS/AND AS: MADE INTO THE WEEKLY

RECEIPTS, POSSESSIONS OF THE: ENTITIES OF THE:—

- "☐☐ IGPP U.S.A. INC. O☐"('S)! WHILE (AND) AS:—

- EVERY/ANY/THE:    DISCUSSED    "PRIOR TO ANY PICK UP —
                    FOUR (4)
                    IN DATES
- FRIDAY'S PUBLISHINGS OF THE DISCUSSED) OF AS —

WOULD) BE/SHOULD BE: KEPT BY THE LIBRARY, SO:

WOULD) BE/SHOULD BE SAFE GUARDED) "YET" OF A LONG WITH (—

- AND/OR/AS) OF ANY; [DUE TO EXTENUAT (ED/ING)] NOT HAVING
                                SIT(U)ATION, CIRCUMSTANCE, ETC...
BEEN PICKED) UP OF AS ON ANY FRIDAY, SO; AS (AND) THEREFORE.
     BY. THROUGH. FOR, IN:         OR HOLIDAY
     "☐☐ IGPP U.S.A. INC. O☐"

AS; WOULD) BE/SHOULD BE: SAFEGAURDED, KEPT, ETC... OF AS UP TO AND —
- OF AS ONTO A/THE/ONE (ONLY) FOLLOWING AND/OR/AS NEXT AND/OR/AS (OF;—
- RELATED) FRIDAY('S) OF THE —
- ADDRESSED!

ATTACHED; FIND THE HAND PRINTED (OF, BY,-
THROUGH; MADAM /MISS, etc..., LIBRARIAN. ARIA

OF THE; SAID: NEW AMSTERDAM BRANCH/-
-OF THE: NEW YORK CITY PUBLIC LIBRARY('S)]

OF SO AS OF; AT /HE(HOURS /TIMES) OF BETWEEN,
/HE; 4:00PM;(AND /+) 4:30PM → TUE-JAN.23.2024
OF, FOR, IN,
AS, THROUGH,
WITH /OF; FOR, IN, AS, THROUGH, WITH:

THE LIST OF THE: PERMANENTLY (AND+AS
                                    DAILY('S) BASIS(ON:
BY THE LIBRARY(S)[OF EACH AND AS-
                 OF BOTH, OF THE; ADDRESSED
ONES OF THE: NEW AMSTERDAM BRANCH'S +-
—→ SOUTH OF ONE DARK BRANCH'S]; SO RELIEVED AND AS-
 -DELIVERED TO
FOR(AND)-
- OF ATLEAST OF THE ONES OF THE, AS SHE(THE-
 -SAID: ARIA(/LIBRARIAN ARIA) HAS LISTED OF
THE: NEW YORK TIMES, WALL STREET JOURNAL,
      NEW YORK POST, DAILY NEWS
IN, OF THE FOUR (4) OF !

WELL CUTSHINGS
RESPECTS,
REGARDS...
BESTS.        TUE- JAN.23.2024, 5.23PM
              IGPP, USA-INC.
              MOSHIR, AV

"GREETINGS AND RESPECTFULLY"                    PAGE 1 OF 4

---

FRI - JAN. 26. 2024, 9:30 AM

PAGE: 4 OF 4
IS ON THE BACK OF
THIS PAGE
!

DEAR:

ADDRESSEES OF THE ENTITIES OF "□O IGPP U.S.A. INC. O□"
CORRESPONDEDS OF DATED: MON - JAN. 22. 2024, 4:20PM (IN, 'S)
AS WELL AS, THE: SOCIAL MEDIA, WHILE; AS- (IS),
— WELL AS: ANY OTHER ENTITY(S) OF HERE [IN, BY, WITH (AND) THROUGH]
NOT STATED (IF AS WHILE THROUGH, THE/THESE (FOR, IN) ATTACHMENTS
OF TO THE; SAID: "□O IGPP U.S.A. INC. O□" (IN, 'S) CORRESPONDEDS
OF THE DATED ONES OF: MON - JAN. 22. 2024, 4:20PM ('S) OF
SO AS, THE/THESE, "□O IGPP U.S.A. INC. O□" (IN, 'S) CORRESPONDEDS
OF DATED: FRI - JAN. 26. 2024, 9:30 AM (ARE, MAKE) THE
ATTACHMENTS OF TO THE CORRESPONDEDS OF DATED: MON-
                                                    JAN. 22. 2024, 4:20PM
                            !

#① → AS THROUGH AND BY THE SOCIAL MEDIA, WE [REPEATEDLIES, OF SO
       AMONG EVERYTHING ELSE]
HAVE HEARD/HAVE BEEN HEARING, HAVE BEEN: TOLD, NOTIFIED,
ADVISED, CLAIMED FOR THAT THE INTERNATIONAL COURT IS
BEING/GETTING: ORGANIZED, BUILT, ETC. THROUGH THE: ENTITIES, OF
THE: "□O IGPP U.S.A. INC. O□". AND AL MOSHIR OF THE SUCH ENTITIES.
AND 30 AL MOSHIR IS THE RICHEST MAN/PERSON IN THE WORLD, WHICH DOESNT MATTER ANY WAY, TO AL MOSHIR
REFER TO THE SOCIAL MEDIA FOR SUCH CLAIMS, STATEMENTS, FACTS.
#② → BY THE AND THROUGH (THE/A) PERSON, INCHARGE OF (THE/THAT) PLACE, AFSC:
       THERE HAVE BEEN INCIDENTS OF AS RECENT AS TODAY (FRI -
JAN. 06. 2024) AT; 5:00 AM OF SO AS AT THE: SIKH AFSC (-
- (ALL FAITHS SPIRITUAL CENTRE) (95-30 118 STREET, SOUTH RICHMOND HILL,
NEW YORK, NEW YORK, 11419, U.S.A.) REFER TO THE SOCIAL MEDIA, OF,
CONCERNING, FOR SUCH INCIDENTS AS HERE ARE OUR NOTICES
OF AS WE HAVE THE CLAIMS OF; NON NEGOTIABLE: ONE (1) BILLION DOLLARS
AGAINST: THE SUCH; AFSC + SOUTH RICHMOND + ILL + QUEENS; BOROUGH
- AND COUNTY + NEW YORK CITY +

#(8) →

AND A WHOLE LOT MORE AS WHICH ALL OF OVERWHELMINGLIES, WE HAVE ADDRESSED

THROUGH THE SOCIAL MEDIA !

IGPP U.S.A. INC. MOSHIRAV MON-JAN. 22, 2024, 4:10PM

WWW. R. R. B.

AT OUR OWN COSTS THAT ALSO WHILE WE HAVE BEEN; UNDER AND THROUGH: ABUSES, ETC... OF SO AS BY THE SOCIAL MEDIA

!?

WHILE WE ARE YET SLEEPING + WORKING (THAT ALSO AT (SUCH, THIS)

UNPRECEDENTED): NATURES + (RATES AND MAGNITUDES) OF THE PRODUCTIONS]

SO; YET; SLEEPING AND WORKING - ON THE STREETS AND DEPENDING, RELYING ON THE

AFSCs (ALL FAITHS SPIRITUAL CENTRES) OF SO AS FOR THE

DAILY('S); : BREAD, FOOD AND NUTRITION !

WHILE OF SO AS THROUGH ROUTINE BASIS !!

YET WHILE AND AS, WE'VE BEEN: FEEDING AND DOING EVERYTHING,

FOR THE WHOLE WORLD) LIFE LONG AND SO AS HAVE BEEN

AS: INDEPENDENT AND GLOBALIST !!!

: WHILE AND AS : YET, THESE ARE HOW WE'VE BEEN: THRESPLUS

!!!!

CONTRIBUTING INTO, WORKING WITH - FUNDING ANDAS - ETC...

WELL WISHINGS RESPECTS, REGARDS... BES'S.

FRI - JAN. 26 2024, 2:51PM + 2:56PM IGPP U.S.A. INC. MOSHIR, AV

2:59PM ← - + ← + 3:05PM

#(5) → WE: LIVE/WOULD FEEL LIVING AND/AS

CHEER(ED/FUL) - WOULD BE AND WOULD FEEL "LIVELY,"
- ENLIGHTED, HAPPY, ETC... WHEN; WE SEE AND WOULD SEE:
THE PEOPLE/PUBLICS: LIVELY, LIVING, HAPPY, HAVING LIFE,
HAPPY, HEALTHY, ACTIVE, DIFFERENCE MAKING (IN-
- THEIR LIFE (LIVES), LIFE (LIVES) OF OTHER, AND SO AS IN
THE WORLD AND ON EARTH RATHER THAN G-D/GOD FORBID):
BLOT(S) ON EARTH AS THEN THEREFORE WE WOULD; HAVE: NO
CHOICE AND HAVE BEEN LEFT WITH NO CHOICE BUT TO TAKE
ACTION AS NECESSARY, THAT ALSO: AS AND ONCE, RESORTS:
EXHAUSTED! OF SO AS THEREFORE SUCH SEEING(S) OF THE
PEOPLE, PUBLICS AND THE WORLD, IS WHAT MAKES US FEEL LIKE:
WE ARE LIVING AND WE HAVE LIFE (LIFE).

#(6) → WE CONSTANTLIES HAVE BEEN: TORTURED, AND + STARTED TO:
DISPENSE, ETC... !! WHILE THE WHOLE WORLD KNOWS-
- AND IS AWARE, SO AS HAVE BEEN AWARE AS ARE: SO WELL;
AS WE HAVE BEEN: DEFAMED, CRIMINALLIES HARASSED,
TAMPERED WITH, INTERFERED WITH OUR BUSINESSES AND
- OUR OPERATIONS, PRIVACY LAWS, HAVE BEEN VIOLATED, BROKEN, ETC...
(AND OTHER LAWS)
AND SO AS ON... GOES THE LIST, OF SO AS BY THE ONES
THAT HAVE: PERPETRAND, CAUSED IT ALL, ETC... !?

#(7) → WE HAVE THROUGH THE SOCIAL MEDIA ALSO ADDRESSED
THE MATTERS OF (THAT, AS) NOTICING (THE/A) YELLOW
TRAFFIC LIGHT BY (A/THE) DRIVER, MEANS: YOU ARE/ONE IS,
ABOUT TO HAVE TO STOP! RATHER THAN FALSE AS WOULD BE
FOR CALCULATION TO BEAT A/THE YELLOW TRAFFIC LIGHT AS IN:
WOULD/COULD GET CAUGHT UP BY THE RED LIGHT, UNLESS ONE
WOULD ENTER INTO THE INTERSECTION, ETC... WHILE GREEN AND UPON HAVING
ENTERED THROUGH THE GREELIGHT, THEN THE TRAFFIC LIGHT WOULD TURN YELLOW
AND ONE WOULD PASS THROUGH THE YELLOW LIGHT IN CASE THEY WOULD HAVE TURN YELLOW
RED IN THE MIDDLE OF THE

→ WHILE: ONE (1) MILLION DOLLARS + THE RELATED CRIMINAL CHARGES OF INCLUDING: CONTEMPTS OF COURTS, TREASONS, OBSTRUCTIONS OF JUSTICES, INTERFERINGS WITH BUSINESSES, ATTEMPTS OF: STARVATIONS & PHYSICAL ASSAULTS, THREAT, TRESPASSINGS, MENTAL DISTRESSES, EMOTIONAL DISTRESSES, BREACHES OF AGREEMENTS, AS WELL AS ANY AND ALL OTHER HEREIN NOT STATED CHARGES OF AGAINST THE SUCH PERPETRATOR OF THE CONCERNINGS!

# ③ → ON A/THE DIFFERENT NOTE (S) OF, ITSELF/THEMSELVES:

IF: WE DON'T / WE AT "□□IGPP U.S.A. INC.□□" DON'T
AS OUR JOB / AS ITS JOB; SO AS- "□□IGPP U.S.A. INC.□□" DOESN'T: PRACTICE,
- WHAT (WE/IT) PRACTICE(S), IT WILL → IN, WHILE: NEGATIVE;
- SO AFFECT → THE PEOPLE'S JOBS, OR THEY WILL HAVE NO JOBS!
    YOUR JOBS          YOU WILL HAVE NO JOBS!
THE PEOPLE WILL HAVE: NO SAFETY, NO SECURITY,
YOU WILL HAVE: NO SAFETY, NO SECURITY, ETC...

# ④ → DUE TO AND AS A/AS THE; RESULT(S) OF OUR
    ATTENTIONS, CONCERNS, ETC... FOR THE: PEOPLE/SOCIAL
PUBLICS, HUMAN BEINGS/HUMAN KINDS, IS WHY WE ARE AND AS HAVE BEEN MEDIA
DOING THE JOB WE DO OF SO AS WHILE HAV(E/ING) TAKEN -
- OVER SUCH JOB AND OPERATIONS, ETC... OF: WHICH AND AS:
WE HAVE BEEN ABOUT / WE ARE ABOUT FOR THE SOCIAL MEDIA
OF AS HAVING BEEN WANTING US TO PAY NO ATTENTION TO THE
PEOPLE (AND AS) PUBLICS!



(P 1½) THU- JAN. 25. 2024, 8:40AM    (PAGE 1 OF 2)
BETWEEN ; 8:20AM + 8:35AM (THU- JAN. 25. 2024)
OF THE BETWEEN ; THE: EMOTIONALLY ABUSED AND MENTALLY
FRUSTRATED, BOWEL PASSING AND URINATING, AS,
DISTRESSED, BOUNDARIES ETC... EXHAUSTED RESORTS, ETC...
ETC... ALI MOSHIR('S) / ALI MOSHIR('S) OR ALI MOSHIR('S)/ALI
OF DUE TO OF ; MOSHIR
IT ALL ('S)
HAVING THE : "DO IGPP U.S.A. INC. O□" (IN, 'S)
BEEN =
COMPILED OES. AS EVER SINCE OF HAVING BEEN YET FURTHER MORE: THIS TOO AGAIN
TO BE, OF AS: ON THE (STREET/SIDE AGAIN FROM THE
OF SO AS TRANSPIRED, SECURED, ETC... WALKS)
[AND] IN THE PUBLICS TO BE

OF SO AS: TRANSPIRED, OCCURRED, ETC... OF HAVING (OPENED
HAPPENED, TO BE (AND) TO HAVE BEEN: AT, BY THE EYES)
MTA B45 STOP CODE NUMBER: 503654
ON ATLANTIC AVENUE (BY, AT THE CORNER OF: (503654)
111 STREET OF SO AS FOR: TO BE AND TO HAVE BEEN
INVESTIGATED -


New York Times

Wall Street Journal

New York Post

Daily News

THESE /-
THE (IN BLUE INK) HAND PRINTINGS (OF, THE BELOW('S) ARE
OF, MADE BY; "DO IGPP U.S.A. INC. O□" ('S), AND
WHILE - "DO IGPP U.S.A. INC. O□" ('S),
- THIS PAGE OF AS (, IN THE ABOVE LISTED
IN HAND PRINTS OF; LIBRARIAN AREA AS; (IF IN BLACK INK;
AS NEWS PAPERS, IS (FOR, OF) THE ONE OF
THE, AS: DISCUSSED, ADDRESSED, ETC..., / SAID
OF SO AS THROUGH THE ATTACHING:
- "DO IGPP U.S.A. INC. O□" (IN, 'S) -
- CORRESPONDEDS OF DATED: TUE- JAN. 23
AND OF: SEVEN (7) PAGES.    2:14PM

TUE - JAN. 23. 2024, 2:14 PM

"GREETINGS (AND) RESPECTFULLY"
HEREIN, BY (AND) THRUGH, WITH]
TAKE NOTICES
ARRANGEMENTS AND, AS, FOR THERE HAVE BEEN MADE, F
AS AND IN, FOR AGREEMENTS
THE PARTY THOSE OF ENTITIES OF BETWEEN;
- THE "□□ IGPP U.S.A. INC. □" (AND +
- WHILE + THROUGH ) -
- THE AL MOSHIR (OF THE    PAGE,
"□□ IGPP U.S.A. INC. AT, F.X, WITH, AS,   1/7
IN, ETC"
AS WELL AS    '□□"  ('S)
THE PARTY OF THE ENTITIES OF
THE [WHILE (AND) AS] ANY OTHER PARTY(S)
OF, FOR HEREIN NOT SAID OF, FOR, WHILE _
- WITHIN THROUGH THE;
NEW AMSTERDAM BRANCH [OF + WITH +
WHILE +
AND + THROUGH + AS] THE:
NEW YORK PUBLIC LIBRARY
YET WHILE ALSO HAVING BEEN-

ANY (OF: OFFICIALLY: AUTHORIZED)    PAGE
BY; THE: "□□IGPP U.S.A.    3/7
INC. □"
AS, FOR: ANY - ENTITY(S) AS, FOR, OF:
INCLUDING ANY COURIER SERVICE(S), ETC --- OF, AS, FOR:
ON BEHALF OF, FOR    ETC... THE:
"□□ IGPP U.S.A. INC. □" ('S)
THEREFORE AS ON EVERY FRIDAY THE
"□□ IGPP U.S.A. INC. □" WOULD/WILL).
- SHALL: PICK UP THE SUCH SAID
OF PAST THEIR PUBLISH(ED/ING)
DATES; (ALSO TAKE) AWARENESSES, OF
AND
AS, THAT TODAY (TUE_ JAN. 23. 2024) SO
THE ENTITIES OF
THE: "□□ IGPP U.S.A. INC. □"
(WHILE + THROUGH + AND) AL MOSHIR
OF THE SUCH SAID ENTITIES (OF, IN)
"□□ IGPP U.S.A. INC. □"
HAVE BEEN (AT, BY, THROUGH)
THE SUCH ➝

SAT/SHABBAT - JAN. 20. 2024,
INCLUDING IN THE INTERESTS OF: U.S.A. ('S) DEPT. OF 3:30PM
TIONAL LAW(S), OF: STATE "
ANY (REACTION) OF BY THE + NRANN.
(INCLUDING: PHYSICAL (2) DAMAG(ER)(ING)),+
" □□ IGPP U.S.A. INC. □□ " - DESTRUCTION OF PERSONAL THING.(")))
AND)
ITS ANY ASSOCIATE (D) [DIRECTLY; ONLY (EMPLOYED)
[OBVIOUSLY; INCLUDING:
AL MOSHIR (OPDC)
AS TOWARDS. VIOLA(E)D) OF ANY/LAW
AND POLICY (RULE. OF, AT: THE ABOVE
SAID "□□ IGPP U.S.A. INC. □□ " ('S)]
(WHILE AT THE DISCRETION OF THE

SUN - JAN. 21. 2024, 5:45 ( VERBAL AND ) PAGE 1
REFER TO THE: (STATEMENTS) OF
THE ENTITIES OF □□ IGPP U.S.A. INC. □□ " ('S)
OF THROUGH: AL MOSHIR, OF THE ('S)
SUCH SAID ENTITIES OF WHILE
AND WELL-
- SO AS WELL, THE: SOCIAL MEDIA,
- AND/OR/AS) INFORMATION SHARING
ETC... OF AS: AT THE: SOUTH OZONE
LIBRARY YET OF AS ON THE: PARK
SAT/SHABBAT - JAN. 20. 2024 (2024)
AND SO ON... OF CONTINUED UPON
HIS HAVING LEFT OF THE SUCH LIBRARY
OF (IN AND ON) THE: SUBJECT, AREA,
ETC... OF: POLITICS. RANGE, TOPICS,
FIND THE; PAGE: 2 OF 2 , ON THE BACK OF THIS;
PAGE: 1/2 →



AND AS HE DID NOT EVEN AS REFUSED TO PROVIDE
HIS NAME!